

# In the
# Court of Appeals
# Second Appellate District of Texas
# at Fort Worth

No. 02-25-00161-CV

| | | |
|---|---|---|
| SPARTAN AUTOMOTIVE TECHNOLOGY PROVIDERS, INC., PETER HOA NGUYEN, THI H. NGUYEN, AND LAWRENCE P. WEST, AND AJAX GROUP LLC, Appellants | § | On Appeal from the 17th District Court |
| | § | of Tarrant County (017-325961-21) |
| | § | June 5, 2025 |
| V. | | |
| VBI GROUP, LLC, Appellee | § | Memorandum Opinion by Justice Kerr |

## JUDGMENT

This court has considered the record on appeal in this case and holds that the appeal should be dismissed. It is ordered that the appeal is dismissed for want of jurisdiction.

SECOND DISTRICT COURT OF APPEALS

By _/s/ Elizabeth Kerr_____
Justice Elizabeth Kerr